Filed          24-CI-003547    05/22/2024        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:18:23 AM

Presiding Judge: HON. MITCH PERRY (630267)

COM : 000001 of 000003

NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____ 90779
JUDGE _____

MELANIE HALES          PLAINTIFF

v.

MENARD, INC.          DEFENDANT
D/B/A MENARDS
5101 Menard Drive
Eau Claire, Wisconsin 54703

         SERVE: Corporation Service Company
                     421 West Main Street
                     Frankfort, Kentucky 40601
                     *Registered Agent via Certified Mail*

## COMPLAINT

Comes Plaintiff, Melanie Hales, ("Plaintiff") by and through undersigned counsel, and for her Complaint and causes of action against Defendant, Menard, Inc. D/B/A Menards ("Defendant" or "Menard, Inc.") states as follows:

1. At all times relevant hereto, Plaintiff was and is a citizen of Mount Washington, Bullitt County, Kentucky.

2. At all times relevant hereto, Defendant, Menard, Inc., was and is a Wisconsin corporation with its principal place of business in Eau Claire, Wisconsin, that is registered and actively conducting business in Jefferson County and subject to the jurisdiction of this Court.

3. At all times relevant hereto, Defendant owned, managed, maintained, controlled, leased property to and/or supervised a store and/or parking lot located at 9625 Preston Crossing Blvd, Louisville Kentucky 40229, commonly known as "Menards."

4. At all times relevant hereto, Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, had a duty to maintain said premises in a reasonably

EXHIBIT 1

Filed          24-CI-003547    05/22/2024        David L. Nicholson, Jefferson Circuit Clerk

Filed  24-CI-003547  05/22/2024  David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:18:23 AM
90779

safe condition, keep it free from dangerous and hazardous conditions, and to exercise ordinary care with respect to the safety of those legally upon the premises.

5. On or about July 23, 2023, Plaintiff, was a patron of Defendant's premises located at 9625 Preston Crossing Blvd, Louisville Kentucky 40229, when a roll of flooring fell off a rack and struck her, causing injuries to her in excess of the jurisdiction of this Court.

6. Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, permitted a dangerous and defective condition to exist on said property, failed to maintain the property in a reasonably safe condition, failed to protect Plaintiff, failed to warn Plaintiff of the dangerous and defective condition on said premise, created a dangerous and hazardous condition, and failed to fix a known dangerous and hazardous condition, all which were substantial factors in causing Plaintiff's injuries on or about July 23, 2023.

7. Defendant knew, or in the exercise of reasonable care should have known, of said dangerous and defective condition.

8. As a direct and proximate result of the negligent acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, Plaintiff was injured, and her damages include: medical expenses both past and future, physical and mental pain and suffering both past and future, lost wages and impaired capacity to earn in the future, increased risk of harm, mental anguish and lost enjoyment of life.

9. The acts and/or omissions of Defendant, by and through its agents, ostensible agents, servants, employees and/or representatives, were undertaken with a reckless disregard for the safety of others in general and the Plaintiff in particular.

10. Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

Filed                24-CI-003547    05/22/2024              David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:18:23 AM
90779

**WHEREFORE**, Plaintiff, by and through undersigned counsel, respectfully demands as follows:

1. Judgement against the Defendant to compensate Plaintiff for her damages;

2. For a trial by jury on all issues;

3. For Plaintiff's costs herein expended;

4. For attorneys' fees;

5. For all interest available under law, pre- and post-judgement, on the above sums from the date of Plaintiff's losses until paid; and

6. For all other necessary and proper relief to which she may be entitled.

Respectfully submitted,

/s/ *Christopher C. Bailey*
J. Tate Meagher
Christopher C. Bailey
MEAGHER LAW OFFICE, PLLC
9710 Park Plaza Ave, Unit 205
Louisville, KY 40241
(502) 654-6744 (office)
(502) 677-0013 (fax)
chris@calltate.com
*Counsel for Plaintiff*

Presiding Judge: HON. MITCH PERRY (630267)

COM : 000003 of 000003

Filed                24-CI-003547    05/22/2024              David L. Nicholson, Jefferson Circuit Clerk

Filed          24-CI-003547     05/22/2024          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM

NO. _____   JEFFERSON CIRCUIT COURT
DIVISION _____
JUDGE _____

MELANIE HALES                                                                PLAINTIFF

v.  **PLAINTIFF'S INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT MENARD, INC**

MENARD, INC.                                                                 DEFENDANT

\*\* \*\* \*\* \*\* \*\*

Pursuant to Rules 26, 33, 34 and 36 of the Kentucky Rules of Civil Procedure, Plaintiff, MELANIE HALES, by and through counsel, hereby requests that Defendant, MENARD, INC. (hereinafter "Defendant") answer the following Interrogatories and Requests for Production of Documents according to Civil Rules 33.01(2), 34.02(2) and 36.01(2), and serve them upon Plaintiffs' counsel within forty-five (45) days of the date of service.

These Interrogatories and Requests for Production shall be deemed continuing. Knowledge of the attorneys for the Defendant or the claims agent or any other agent of the Defendant, or of any employee of the Defendant, shall be deemed to be the knowledge of the Defendant.

### INTERROGATORIES

**INTERROGATORY #1:** Please identify yourself fully, stating your full name, residence and business address, the position you hold with the Defendant, and your job responsibilities.

**ANSWER:**

**INTERROGATORY #2**: Was the Defendant in control of the area in which Plaintiff was

Presiding Judge: HON. MITCH PERRY (630267)

IRPD : 000001 of 000012

Filed          24-CI-003547     05/22/2024          David L. Nicholson, Jefferson Circuit Clerk

Filed                24-CI-003547    05/22/2024         David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM

injured at the time the Injury specified in Plaintiff's Complaint (hereinafter referred to as the "Injury" or "Plaintiff's Injury") occurred? If not please state the name and address of those persons or entities which were in control of said premises at said time.

**ANSWER:**

**INTERROGATORY #3:** Please state the name and address of the person, firm or corporation which had the responsibility or duty for the maintenance of that portion of the premises where Plaintiff fell at the time of Plaintiff's Injury if other than the Defendant.

**ANSWER:**

**INTERROGATORY #4**: If you contend that the Plaintiff had a status of anything other than a resident when on the premises at the time of the Injury, please explain your contention and identify all facts which support the contention that Plaintiff was not a business invitee.

**ANSWER:**

**INTERROGATORY #5:** Please give the following information with regard to the most recent examination or inspection of the area where Plaintiff's Injury occurred for the six months prior to her Injury:

    a.    The date and time of the examination or the inspection;

    b.    The identification, including the name and address of the person or persons making said examination or inspection;

    c.    In complete detail what the examination or inspection consisted of;

    d.    In complete detail what the examination or the inspection revealed or showed if anything; and,

    e.    In complete detail each and every act or activity done or undertaken by the

Presiding Judge: HON. MITCH PERRY (630267)
IRPD : 000002 of 000012

Defendant or the Defendant's agent or employee as a result of any condition or circumstance disclosed by said examination or inspection.

**ANSWER:**

**INTERROGATORY #6:** Please state what precautions if any were taken by the Defendant or any agent, or employee of the Defendant prior to the Plaintiff's Injury to prevent injuries such as Plaintiff's while on Defendant's premises.

**ANSWER:**

**INTERROGATORY #7**: Prior to Plaintiff's Injury please explain what notice, if any, Defendant had of the condition alleged to have caused Plaintiff's Injury, how Defendant received the notice, and what steps Defendant took after notice was received to warn of the condition or to correct the condition.

**ANSWER:**

**INTERROGATORY #8:** Prior to Plaintiff's Injury please explain what preventative measures or actions were taken to prevent injuries such as Plaintiff's.

**ANSWER:**

**INTERROGATORY #9:** Please describe the condition and appearance of the area of the premise where the Plaintiff fell immediately before and after Plaintiff's Injury.

**ANSWER:**

**INTERROGATORY #10:** Please state in detail each act or omission by Plaintiff that it is contended, contributed to or caused her Injury.

**ANSWER:**

**INTERROGATORY #11**: If it is the Defendant's contention that the Plaintiff's injuries

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90759

Presiding Judge: HON. MITCH PERRY (630267)
IRPD : 000003 of 000012

were caused by some person or persons other than Defendant or their agents or employees, then please identify these other persons fully giving their names, addresses and telephone numbers.

**ANSWER:**

**INTERROGATORY #12**: If the Defendant believes that it was not required to warn residents of the condition that caused Plaintiff's Injury or correct such condition due to the involvement of those listed in Interrogatory No. 11, please set forth each and every fact that supports Defendant's belief.

**ANSWER:**

**INTERROGATORY #13:** Please state in detail what the Defendant's policy and procedure is for their agents, employees or representatives to follow when they discover a condition or situation on their business premises that could give rise to injury.

**ANSWER:**

**INTERROGATORY #14:** Please state whether the policy or procedure identified in Interrogatory #13 was followed in this case, and if so, identify the agents, employees, or representatives who followed the policy or procedure, their current address and telephone number, the current employment status, and the exact steps they took to comply with the policy and procedure.

**ANSWER:**

**INTERROGATORY #15**: If you had any other incidents prior to the incident forming the basis of this lawsuit which are substantially similar or occurred at the same or similar location please provide details of said incidents, identifying any documents and photographs which reflect such incidents and identifying any witnesses or parties to said incident.

Filed                24-CI-003547    05/22/2024            David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90779

**ANSWER:**

**INTERROGATORY #16**: Is it the Defendant's usual custom and procedure to investigate incidents where someone claims they have suffered an injury on the premises? If so, please describe that custom and procedure generally and identify how that procedure was implemented on the date of Plaintiff's Injury.

**ANSWER:**

**INTERROGATORY #17**: If there was any type of investigation made concerning the Plaintiffs Injury please state whether the Defendant conducted such investigation in anticipation of litigation and if so, state each fact of which Defendant was aware at the time of the investigation that caused it to believe that it was conducting the investigation in anticipation of litigation. Please also state the names of the persons who conducted said investigation.

**ANSWER:**

**INTERROGATORY #18**: Describe any insurance agreement under which any company may be liable to satisfy part or all of the judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment by stating the name of the person or entity who is insured, the name of the insurer and the amount of any liability insurance coverage and also indicate whether any medical payment coverage is available under any such coverage.

**ANSWER:**

**INTERROGATORY # 19:** Please describe in detail any subsequent incidents which occurred in substantially the same way as Plaintiffs Injury or in the same, similar or nearby location.

Presiding Judge: HON. MITCH PERRY (630267)

IRPD : 000005 of 000012

Filed                24-CI-003547    05/22/2024            David L. Nicholson, Jefferson Circuit Clerk

Filed            24-CI-003547    05/22/2024        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90779

**ANSWER:**

**INTERROGATORY #20:** If the Defendant changed, reconfigured, corrected, repaired or fixed in any way the physical site of Plaintiff's Injury please state what was done and by whom.

**ANSWER:**

**INTERROGATORY #21**: Please identify each person whom you intend to call as an expert witness at the trial of this matter and for each such expert witness please state the following:

a. The subject matter on which said expert is expected to testify;

b. The substance, facts and opinions to which the expert is expected to testify;

c. A summary of the grounds for each opinion expected to be given by the expert, and;

d. Please indicate whether any report, including factual observations and opinions, has been prepared by any such expert.

**ANSWER:**

**INTERROGATORY #22**: If you or your representative has obtained a statement of any type from any person who has knowledge of any relevant facts concerning Plaintiff's Injury, please state the name and address of the person giving the statement, whether the statement was written or recorded or otherwise transcribed and who took the statement.

**ANSWER:**

**INTERROGATORY #23**: Please identify each lay witness that you intend to call at the trial of this matter and include a complete description of the subject matter of the expected testimony of each such witness.

**ANSWER:**

**INTERROGATORY #24**: Please describe any claims or lawsuits that have previously

Presiding Judge: HON. MITCH PERRY (630267)

IRPD : 000006 of 000012

Filed            24-CI-003547    05/22/2024            David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90719

been brought against the Defendant by reason of an accident or injury at the same or similar location or a similar type of accident on the Defendant's premises at some other location.

**ANSWER:**

**INTERROGATORY #25:** Please identify all photographs, motion pictures, video tape recordings, maps, drawings, charts, diagrams, measurements, surveys or other documents concerning the events and happenings forming the basis of this lawsuit, the area of the occurrence, persons or objects involved either made before or after the time of the events in question, including any photographs made at any time since the incident that you, your attorney, your insurance carrier or anyone acting on your or their behalf have or know of.

**ANSWER:**

**INTERROGATORY #26:** Please state the names, last known addresses, job titles or descriptions of any and all agents and/or employees of Defendant who were working for the Defendant the day of Plaintiffs Injury. Please separately state the names and last known addresses of each person who was present, is reported to have been present, or who claims to have been present at the scene of the occurrence complained of in the Plaintiff's complaint at any time within one hour preceding and/or one hour following Plaintiff's Injury.

**ANSWER:**

**INTERROGATORY #27:** Did the Defendant's employees, agents, or representatives communicate with the Plaintiff on the date of the Injury, and if so, please provide the employee, agent, or representative's name, last known address and telephone number, position with Defendant, the current status of the employee, agent, or representative with Defendant, and the substance of the communications with the Defendant.

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90779

**ANSWER:**

**INTERROGATORY #28:** Did the Defendant's employees, agents, or representatives review a surveillance, security, or other videotape on the date of Plaintiff's Injury or subsequently thereafter? If so, identify the employee, agent, or representative who reviewed the videotape, the reasons for reviewing the videotape, whether this review is part of a policy or procedure in place by the Defendant, and what actions the employee, agent, or representative took after reviewing the videotape.

**ANSWER:**

## REQUESTS FOR PRODUCTION

Defendant is to produce the following items within forty-five days from service hereof:

**REQUEST #1:** Any contracts between the Defendant and any maintenance, repair service or cleaning company in effect at the time of Plaintiff's Injury.

**RESPONSE:**

**REQUEST #2:** Any contracts between the Defendant and any person or entity responsible for caring for the premises at the time of Plaintiff's Injury.

**RESPONSE:**

**REQUEST #3**: Any indemnity agreement between any party to this case and any non-party which is relevant to the accident and injury forming the basis of this lawsuit.

**RESPONSE:**

**REQUEST #4**: Any joint venture agreement between the parties or any party to this lawsuit and any non-party regarding the ownership, operation, repair, maintenance, advertising, security or other service of or for the premises of Plaintiff's Injury.

Filed  Case 3:24-cv-00362-DJH-CHL  24-CI-003547   05/22/2024   Document 1-1   Filed 06/17/24   Page 12 of 18 PageID #: 17   David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90779

**RESPONSE:**

**REQUEST # 5:** Any rules, management guidelines, operating guidelines or other similar writing or document that purports to show operating procedures for the management, care, maintenance, repair service or cleaning of the premises of Plaintiff's Injury.

**RESPONSE:**

**REQUEST #6:** Any and all photographs or video that the Defendant has of the scene of the Injury or the resulting injuries to Plaintiff, including any surveillance tape that shows Plaintiff's Injury and/or the 24 hours prior to and after Plaintiff's Injury.

**RESPONSE:**

**REQUEST #7:** Any and all insurance agreements or policies under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

**REQUEST #8:** Copies of any and all statements previously made by Plaintiff or Defendant concerning the subject matter of this lawsuit including any written statement signed or otherwise by either Plaintiff or Defendant in any stenographic, mechanical, electrical or other type of recording or any other transcription thereof made by either Plaintiff or Defendant and contemporaneously recorded.

**RESPONSE:**

**REQUEST #9:** Any and all drawings, maps or sketches of the scene of Plaintiffs Injury.

NOT ORIGINAL
DOCUMENT
06/17/2024 10:19:26
AM
90779

**RESPONSE:**

**REQUEST #10:**   Any and all settlement agreements wherein you have arrived at a settlement or agreement between you and any other person whether or not a party to this lawsuit regarding or pertaining to the incident forming the basis of this lawsuit or any damages resulting therefrom.

**RESPONSE:**

**REQUEST #11**:   Any and all reports that were or will be relied upon in whole or in part by any testifying expert in this case.

**RESPONSE:**

**REQUEST #12**:   Any and all expert reports or things that were or will be reviewed by a testifying expert in this case.

**RESPONSE:**

**REQUEST #13**:   Any and all work papers, notes, documents in the file of any expert witness who is expected to testify or in the file of any expert witness who has written a report, which is or will be relied upon in whole or in part by a testifying expert in this case.

**RESPONSE:**

**REQUEST #14**:   All documents or tangible things prepared by any expert whom you expect to call as a witness not limited to those which would include his/her report, observations, opinions, conclusions, photographs, field notes or calculations relied upon for his or her testimony in this case.

**RESPONSE:**

**REQUEST #15**:   Any and all copies of reports of all similar incidents prepared by

any and all employees of the Defendant for the past five years.

**RESPONSE:**

**REQUEST #16**: All materials including but not limited to employee manuals, policy and procedure documents, memoranda and correspondence pertaining to safety rules and/or regulations to be followed by the employees to ensure customer safety at the Defendant's premises which were in effect at the time of Plaintiff's Injury. This includes any training films and/or video tapes used by Defendant concerning customer Injurys, etc.

**REQUEST #17:** A current copy of the curriculum vitae of any expert who may be called to testify at trial.

**RESPONSE:**

**REQUEST #18**: Any documents, incident reports, memorandums or other written records pertaining to any investigation into Plaintiffs Injury.

**RESPONSE:**

**REQUEST #19:** Any known documents and tangible things of which production has not been requested pursuant to any other item of these requests that you intend to offer as evidence at trial of this case.

**RESPONSE:**

**REQUEST #20**: Any documents, including any memorandum, reports, emails, letters, or other notices from Defendant's corporate locations to its agents discussing or detailing steps to be taken in the event that a resident reports an incident that might give rise to legal liability against the Defendant.

**RESPONSE:**

Filed    24-CI-003547    05/22/2024    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM
90779

Presiding Judge: HON. MITCH PERRY (630267)
IRPD : 000011 of 000012

NOT ORIGINAL DOCUMENT
06/17/2024 10:19:26 AM

**REQUEST #21**: Any documents provided to Defendant by employees, agents, or representatives concerning their observations of the circumstances surrounding Plaintiff's Injury.

**RESPONSE:**

        Respectfully submitted,

        /s/ *Christopher C. Bailey*
        Tate Meagher
        Christopher C. Bailey
        MEAGHER LAW OFFICE, PLLC
        9710 Park Plaza, Unit 205
        Louisville, KY 40241
        (502) 309-9213 (office)
        (502) 677-0013 (fax)
        chris@calltate.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served with the Complaint.

        /s/ *Christopher C. Bailey*
        Christopher C. Bailey

Filed          24-CI-003547     05/29/2024         David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/17/2024 10:20:04 AM
90779

**UNITED STATES POSTAL SERVICE**

Date Produced: 05/29/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8362 9283 92. Our records indicate that this item was delivered on 05/28/2024 at 07:34 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Customer Reference Number:    C5043509.30391463

Filed          24-CI-003547     05/29/2024         David L. Nicholson, Jefferson Circuit Clerk

COR : 000001 of 000002

Filed                24-CI-003547      05/29/2024              David L. Nicholson, Jefferson Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER:   420406019236090194038362928392
MAILING DATE:         05/22/2024
DELIVERED DATE:    05/28/2024
Custom 1: DriverId-8007514
Custom 2: PartyId-53693149
Custom 3: SummonsNum-@00001068398
Custom 4: CentralMailId-158042
Custom 5: Source County-JEFFERSON Circuit

**NOT ORIGINAL**

**DOCUMENT**

**06/17/2024 10:20:04 AM**

**90779**

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 05/22/2024 15:06 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 05/22/2024 16:16 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 05/23/2024 12:36 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 05/23/2024 13:51 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 05/28/2024 05:43 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 05/28/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 05/28/2024 07:34 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

| | | |
|---|---|---|
| AOC-E-105        Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **24-CI-003547**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **HALES, MELANIE VS. MENARD, INC**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is MENARD, INC

The Commonwealth of Kentucky to Defendant:
**MENARD, INC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson
Jefferson Circuit Clerk
Date: **5/22/2024**

Presiding Judge: HON. MITCH PERRY (630267)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____           _____
                                        Served By
                                        _____
                                        Title

Summons ID: @00001068398
CIRCUIT: 24-CI-003547 Certified Mail
HALES, MELANIE VS. MENARD, INC



Page 1 of 1

eFiled