IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MELANIE HALES

    Plaintiff,

v.                                                                     CASE NO. 3:24-cv-362-DJH

MENARD, INC.

    Defendant.

---

## NOTICE OF SERVICE

---

Now comes Defendant, Menard, Inc., by and through counsel, and hereby gives notice that it has propounded its First Set of Interrogatories and Requests for Production of Documentation onto Plaintiff via electronic mail on August 22, 2024, with all counsel of record carbon copied.

                                                        Respectfully submitted,

*/s/ Steven B. Lowery*
Steven B. Lowery (Ky. 98753)
REMINGER CO., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
P:(502) 625-7306
slowery@reminger.com
*Counsel for Menard, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this 22nd day of August, 2024, a true and accurate copy of the foregoing was served electronically onto the following parties:

Christopher C. Bailey, Esq.
Meagher Law Office, pllc
9710 Park Plaza Avenue, Unit 205
Louisville, KY 40241
chris@calltate.com
*Counsel for Plaintiff Melanie Hales*

                                                        */s/ Steven B. Lowery*
                                                        Steven B. Lowery (Ky. 98753)