UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MELANIE HALES | ) |
| PLAINTIFF, | ) |
| VS. | ) |
| MENARD, INC. d/b/a MENARDS | ) **CASE NO. 3:24-cv-362-DJH** |
| DEFENDANT. | ) |

## NOTICE OF SERVICE

Now comes the Plaintiff, Melanie Hales, by counsel, and hereby gives notice that she has served her Rule 26 Initial Disclosures on the Defendant, Menard, Inc., via electronic mail on September 4, 2024.

Respectfully submitted,

*/s/ Christopher C. Bailey*
J. Tate Meagher
Christopher C. Bailey
David W. Mushlin
MEAGHER LAW OFFICE, PLLC
9710 Park Plaza Ave, Unit 205
Louisville, KY 40241
(502) 309-9213 (office)
(502) 677-0013 (fax)
chris@calltate.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2024, a copy of the foregoing pleading was served, electronically on:

Steven B. Lowery
REMINGER CO., L.P.A.
730 West Main Street, Suite 300
Louisville, KY 40202
P:(502) 625-7306
slowery@reminger.com
*Counsel for Menard, Inc*

                                                /s/ *Christopher C. Bailey*
                                                Counsel for Plaintiff